**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEMETRA BINDER, ANGELA WALDNER, and CHRISTINA CALCAGNO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIUM BRANDS OPCO, LLC, an Ohio Limited Liability Company, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 1:23-cv-03939 (NRB)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiffs Demetra Binder, Angela Waldner and Christina Calcagno and Defendant Premium Brands OPCO, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 18, 2025

                                    **LYNCH CARPENTER LLP**

By:     */s/ Scott G. Braden*
        Scott G. Braden (*pro hac vice*)
        scott@lcllp.com
        Todd D. Carpenter
        todd@lcllp.com
        1234 Camino del Mar
        Del Mar, California 92014
        Telephone:    619.762.1910
        Facsimile:    619.756.6991

        Gary F. Lynch (NY 5553854)
        gary@lcllp.com
        1133 Penn Ave., 5th Floor
        Pittsburgh, PA 15222
        Telephone:    412.322.9243

        *Attorneys for Plaintiffs and*
        *Proposed Class Counsel*

1

Dated: February 18, 2025

                                        **BENESCH, FRIEDLANDER,**
                                          **COPLAN & ARONOFF, LLP**

                    By:    */s/ Nathalie M. Gorman*
                           Nathalie M. Gorman
                           ngorman@beneschlaw.com
                           1155 Avenue of the Americas, FL.25
                           New York, NY 10036
                           Telephone:    646.593.7050

                           **KIRKLAND & ELLIS LLP**
                           Diana Torres (*pro hac vice*)
                           2049 Century Park East
                           Los Angeles, CA 90067
                           Telephone:    213.680.8634
                           Facsimile:    213.680.8500

                           **KIRKLAND & ELLIS LLP**
                           Robyn Bladow (*Pro Hac Vice*)
                           555 South Flower Street
                           Los Angeles, CA 90071
                           Telephone:    213.680.8634
                           Facsimile:    213.680.8500

                           **KIRKLAND & ELLIS LLP**
                           Eric Loverro
                           601 Lexington Avenue
                           New York, N.Y.  10022
                           Telephone:    212.446.4800
                           Facsimile:    212.446.4900

                           *Attorneys for Defendant Premium Brands*
                           *Opco LLC*

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated:_____, 2025          _____

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

3