UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETRA BINDER, ANGELA WALDNER, and CHRISTINA CALCAGNO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIUM BRANDS OPCO, LLC, an Ohio Limited Liability Company, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 1:23-cv-03939 (NRB)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiffs Demetra Binder, Angela Waldner and Christina Calcagno and Defendant Premium Brands OPCO, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 19, 2025

By: _____

LYNCH CARPENTER LLP

Scott G. Braden (*pro hac vice*)
scott@lcllp.com
Todd D. Carpenter
todd@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:   619.762.1910
Facsimile:    619.756.6991

Gary F. Lynch (NY 5553854)
gary@lcllp.com
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone:   412.322.9243

*Attorneys for Plaintiffs and Proposed Class Counsel*

1

Dated: February 19, 2025

By: */s/ N. Gorman*

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP

Nathalie M. Gorman
ngorman@beneschlaw.com
1155 Avenue of the Americas, FL.25
New York, NY 10036
Telephone:   646.593.7050

**KIRKLAND & ELLIS LLP**
Diana Torres (*pro hac vice*)
2049 Century Park East
Los Angeles, CA 90067
Telephone:   213.680.8634
Facsimile:    213.680.8500

**KIRKLAND & ELLIS LLP**
Robyn Bladow (*Pro Hac Vice*)
555 South Flower Street
Los Angeles, CA 90071
Telephone:   213.680.8634
Facsimile:    213.680.8500

**KIRKLAND & ELLIS LLP**
Eric Loverro
601 Lexington Avenue
New York, N.Y.  10022
Telephone:   212.446.4800
Facsimile:    212.446.4900

*Attorneys for Defendant Premium Brands Opco LLC*

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

Dated:_____, 2025         _____
                                         HONORABLE NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE