UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETRA BINDER, ANGELA WALDNER, and CHRISTINA CALCAGNO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIUM BRANDS OPCO, LLC, an Ohio Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:23-cv-03939 (NRB)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Demetra Binder, Angela Waldner and Christina Calcagno and Defendant Premium Brands OPCO, LLC, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all remaining claims by Plaintiffs against Defendant Premium Brands OPCO, LLC, and DOES 1-50 are dismissed without prejudice. It is the intent of the parties that the entire action be dismissed. Nothing in this stipulation is intended to allow the survival of claims already dismissed with prejudice by the Court.

Dated: March 14, 2025

LYNCH CARPENTER LLP

By: _____
Scott G. Braden (*pro hac vice*)
scott@lcllp.com
Todd D. Carpenter
todd@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:    619.762.1910
Facsimile:     619.756.6991

Gary F. Lynch (NY 5553854)
gary@lcllp.com
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone:    412.322.9243

*Attorneys for Plaintiffs and Proposed Class Counsel*

Dated: March 14, 2025

By: **BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP**

*/s/ N. Gorman*

Nathalie M. Gorman
ngorman@beneschlaw.com
1155 Avenue of the Americas, FL.25
New York, NY 10036
Telephone:   646.593.7050

**KIRKLAND & ELLIS LLP**
Diana Torres (*pro hac vice*)
2049 Century Park East
Los Angeles, CA 90067
Telephone:   213.680.8634
Facsimile:   213.680.8500

**KIRKLAND & ELLIS LLP**
Robyn Bladow (*Pro Hac Vice*)
555 South Flower Street
Los Angeles, CA 90071
Telephone:   213.680.8634
Facsimile:   213.680.8500

**KIRKLAND & ELLIS LLP**
Eric Loverro
601 Lexington Avenue
New York, N.Y.  10022
Telephone:   212.446.4800
Facsimile:   212.446.4900

*Attorneys for Defendant Premium Brands Opco LLC*

2